UNITED STATES DISTRICT COURT 
SOUTHERN DISTRICT OF NEW YORK 

ZHI MING ZHANG, 
 Petitioner, 
 25-CV-8772 (JPO) 
 -v- 
 ORDER 
KENNETH GENALO, et al., 
 Respondents. 

J. PAUL OETKEN, District Judge: 
 Respondents have not established that Petitioner was in the Eastern District of New York 
(“EDNY”) at 8:59 a.m. on October 23, 2025. First, in their letters to this Court and in the 
Declaration of Rocco Kish dated November 6, 2025, Respondents incorrectly state that 
Petitioner’s EDNY sentencing took place on October 23, 2025. (See, e.g., ECF No. 15 ¶ 30; 
ECF No. 19 at 13; ECF No. 22 at 3.) But Petitioner’s EDNY sentencing took place on October 
22, 2025, as is clear from the EDNY docket. (See 18-CR-419 (E.D.N.Y.), Minute Entry on 
October 22, 2025.) Second, Respondents’ most recent letter states that “[a]fter Zhang’s 
sentencing hearing in the Eastern District of New York, on October 23, 2025 at approximately 
10:46 a.m., USMS returned Zhang from MDC Brooklyn to ICE custody, and ICE transported 
him to the Elizabeth Contract Detention Facility in Elizabeth, New Jersey.” (ECF No. 22 at 1.) 
However, the cited declaration references no specific time (see ECF No. 15 ¶ 31), and it is 
unclear precisely what the “10:46 a.m.” timestamp refers to and what evidence it is based on. 
 In contrast, Petitioner cites evidence that he was detained at 26 Federal Plaza in 
Manhattan from the morning to the late afternoon of October 23, 2025. (See ECF No. 24 at 1-2; 
ECF No. 24-2 at 4.) Moreover, “noncitizens arrested and detained by immigration authorities in 
New York City are routinely processed at 26 Federal Plaza and then transferred to New Jersey 
for detention.” Khalil v. Joyce, 771 F. Supp. 3d 268, 283 (S.D.N.Y. 2025). 
 By December 1, 2025, Respondents shall provide any additional evidence of where 
Petitioner was located at 8:59 a.m. on October 23, 2025, or their venue argument will be deemed 
forfeited. 
 SO ORDERED. 
Dated: November 26, 2025 
 New York, New York 

 United States District Judge